## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE: Bernardo CATALAN-Torreblanca

I, Mario A. Villanueva, declare and state as follows:

On or about May 30, 2021 the defendant Bernardo CATALAN-Torreblanca was apprehended near Laredo, Texas. After a brief interview it was determined that, Bernardo CATALAN-Torreblanca was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Bernardo CATALAN-Torreblanca was previously REMOVED from the United States on 06/28/2019 at Hidalgo, Tx. There is no record that Bernardo CATALAN-Torreblanca has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 30th day of May, 2021 at Laredo, Texas.

Mario A. Villanueva
Border Patrol Agent
United States Border Patrol