**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2021
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

vs

Bernardo Catalan–Torreblanca
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:21–mj–01334

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for June 8, 2021 at 03:00 PM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, , Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **June 1, 2021**